UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAGDALENO BIBIAN MAGANA                    CIVIL ACTION

VERSUS                                     NO: 17-1896

SHORE CONSTRUCTION, LLC, et al             SECTION: G

## JUDGMENT

Pursuant to the Court's order filed herein (Rec. Doc. #55),

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Shore Construction, LLC and Kristi Caton, and against the plaintiff, Magdaleno Bibian Magana, dismissing plaintiff's complaint with prejudice for failure to prosecute.

New Orleans, Louisiana, this __10th__ day of September 2018.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT